EDGAR W. JOHNSON, PLAINTIFF-RESPONDENT, v. JOHN KOLIBAS, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 75 *N. J. Super.* 56.

*Mr. John A. McKenna* and *Mr. John T. Keefe* for the petitioners.

*Messrs. Seaman & Williams* for the respondent.

September 17, 1962. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v; HARRY KAISER, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 74 *N. J. Super.* 257.

*Mr. Benedict E. Lucchi* and *Mr. Abraham J. Slurzberg* for the petitioners.

*Mr. Guy W. Calissi* and *Mr. William C. Brudnick* for the respondent.

September 17, 1962. Denied.